IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20256
Conference Calendar
_____


BARBARA S. YOUNGS,

                                        Plaintiff-Appellant,

versus

RANDOLPH F. WHELESS, in his
individual capacity; UNNAMED
OTHERS

                                        Defendants,

and

JOHN HUTCHISON,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-4244
- - - - - - - - - -
(October 19, 1995)
Before POLITZ, Chief Judge, and REAVLEY and DENNIS, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that Barbara S. Youngs's motion for leave to appeal in forma pauperis (IFP) is DENIED.  The appeal lacks arguable merit and is, therefore, frivolous.  Howard v. King, 707

---

    [*]    Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. See 5th Cir. Rule 42.2.

Federal district courts have no authority to review final state-court judgments. District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983). This principle also applies to actions in which the constitutional claims presented in federal court are inextricably intertwined with the validity of the state court's grant or denial of relief. Hale v. Harney, 786 F.2d 688, 691 (5th Cir. 1986).

Youngs has also filed a pleading styled "Motion for Extension of Time to filed Appellant's Brief and, Alternatively, Motion For Point of Order." This motion is DENIED as moot.

Youngs previously has been warned by this court that she may be sanctioned for filing further frivolous pleadings. Accordingly, Youngs is barred from filing any civil appeal in this court, or any initial pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court or of this court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Youngs, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED. See 5th Cir. Rule 42.2.